UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| MICHAEL EDWARD HERROD,<br>Petitioner,<br>v.<br>BORGAS, *et al.*,<br>Respondents. | Case No. 3:26-cv-00217-MMD-CSD<br>ORDER |

On March 27, 2026, this Court granted Petitioner Michael Edward Herrod's motion for the appointment of counsel. (ECF No. 5.) On April 27, 2026, the Federal Public Defender filed a notice of appearance. (ECF No. 8.) This Court appointed the Federal Public Defender to represent Herrod and issued a Scheduling Order. (ECF No. 9.) The Federal Public Defender has now filed a notice of conflict and a motion for extension of time to file Petitioner's counseled First Amended Petition. (ECF Nos. 10, 11.)

It is therefore ordered that the Federal Public Defender's representation of Petitioner is withdrawn.

It is further ordered that Benjamin Patrick Ramos is appointed as counsel for Petitioner pursuant to 18 U.S.C. § 3006A(a)(2)(B), *nunc pro tunc* as of July 24, 2026. Counsel will represent Petitioner in all federal proceedings related to this matter, including any appeals or certiorari proceedings, unless allowed to withdraw. Counsel's contact information is as follows:

Benjamin Patrick Ramos
Law Office of Benjamin Ramos
705 E. Bidwell
Suite 2-359
Folsom, CA 95630
916-358-9842
Email: lex_docs@comcast.net

It is further ordered that Mr. Ramos file a notice of appearance within 14 days of the date of this Order.

It is further ordered that the motion for extension of time (ECF No. 11) is granted. Petitioner has up to and including October 26, 2026, to file his counseled First Amended Petition. The remainder of the Court's Scheduling Order (ECF No. 9) remains in effect.

The Clerk of the Court is kindly directed to (1) update the docket by substituting Mr. Ramos for the Federal Public Defender, (2) send a copy of this Order to Petitioner, and (3) electronically provide Mr. Ramos a copy of this Order and all other filings in this matter by regenerating the notices of electronic filing.

DATED THIS 5th Day of August 2026.

MIRANDA M. DU
UNITED STATES DISTRICT JUDGE